UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| GIDEON C. ARRINGTON II, | Civil No. 22-2361 (JRT/DJF) |
| Plaintiff, | |
| v. | **ORDER** |
| CITY OF ANDOVER, COUNTY OF ANOKA, STATE OF MINNESOTA, DANIEL DOUGLAS and PATRICK O'HARA, | |
| Defendants. | |

---

Gideon C. Arrington, II, OID# 228607, MCF Fairbault, 1101 Linden Lane, Fairbault, MN 55021, *pro se* plaintiff.

United States Magistrate Judge Dulce J. Foster filed a Report and Recommendation on the November 21, 2022 (ECF No. 8). No objections have been filed in the time permitted.

Based on the R&R and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The November 21, 2022 R&R (ECF No. [8]) is **ADOPTED**;

2. Mr. Arrington's application to proceed in forma pauperis (ECF No. [2]) is **DENIED**;

3. Mr. Arrington's Complaint (ECF No. [1]) is **DISMISSED WITHOUT PREJUDICE**; and

4. Mr. Arrington is directed to pay the unpaid balance ($344.00) of the statutory filing

fee for this action in the manner prescribed by 28 U.S.C. § 1915(b)(2), and the Clerk of Court is directed to provide notice of this requirement to the authorities at the institution where Mr. Arrington is confined.

Dated: December 16, 2022
at Minneapolis, Minnesota

                                                  s/John R. Tunheim_____
                                                JOHN R. TUNHEIM
                                                United States District Court